IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-CV-01382-M-RJ

UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLLINA, ex rel. JACQUELINE SABELLA, CHRISTINE ENDERLIN, and BARRY POLITI,

    Plaintiffs-Relators,

v.

WELLPATH, LLC,

    Defendant.

ORDER

This matter comes before the court on the United States' Notice of Declination. [DE 21]. The Governments advise that they have declined to intervene in this action pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the North Carolina False Claims Act, N.C. Gen. Stat. § 1-608(b)(4)(b). *Id.* at 1. In light of the Governments' notice, the court rules as follows:

IT IS ORDERED that,

1. The Relator's Complaint, notice of appearance, the Governments' motion to extend the seal period, the Governments' motion to partially lift the seal, the court's orders granting those motions, the Notice of Declination, and this order be unsealed (but not the various memoranda in support of said motions);

2. All other contents of the court's file in this action remain under seal and not be made public or served upon the defendant;

3. The seal be lifted as to all other matters occurring in this action after the date of this order;

4. Should Relator pursue this matter further, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Governments, as provided for in 31 U.S.C. § 3730(c)(3) and N.C. Gen. Stat. § 1-609(f). The Governments may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. Should Relator pursue this matter further, the parties shall serve all notices of appeal upon the Governments;

6. Should Relator pursue this matter further, all orders of the court shall be sent to the Governments;

7. Should Relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the Governments before ruling or granting its approval.

SO ORDERED this 2d day of June, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE