IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE of NORTH CAROLINA *ex rel.* Jacqueline Sabella and Barry Politi,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>WELLPATH LLC,<br><br>Defendant | CIVIL FILE NO. 7:23-cv-1382-M<br><br>**Motion to Withdraw as Counsel for Plaintiff-Relators Jacqueline Sabella and Barry Politi** |

Pursuant to Local Rule 5.2(e), attorneys MaryAnne M. Hamilton and W. Stacy Miller II and Miller Law Group, PLLC, move for leave to withdraw as counsel of record for Plaintiffs-Relators Jacqueline Sabella and Barry Politi. Plaintiffs-Relators have consented to this motion.

In support of this motion, the undersigned states that there is justifiable cause for such motion under the Rules of Professional Conduct and shows unto the Court the following:

(1)   This False Claims Act action was filed under seal on October 5, 2023.

(2)   Appearance of Counsel was filed by attorneys from Miller Law Group, PLLC, including W. Stacy Miller II and MaryAnne M. Hamilton, that same day.

(3)   On June 2, 2025, the Government plaintiffs (the United States of America and the State of North Carolina) filed their Notice of Declination.

(4) On June 3, 2025, this Court ordered the chase unsealed.

(5) Since that date, the relationship between Plaintiffs-Relators and their attorneys has been ruptured by irreconcilable differences regarding the approach to this case.

(6) Plaintiffs-Relators' last known addresses are:

> Jacqueline Sabella
> 72 Lewis Road
> Hampstead, North Carolina 28443
>
> Barry Politi
> 2119 Gloucester Place
> Wilmington, North Carolina 28403

(7) Plaintiffs-Relators have been provided a prefiling copy of this motion by email and consent to Counsel's withdrawal.

(8) This motion will be served on the Government plaintiffs, as requested by the Governments pursuant to 31 U.S.C. § 3730(c)(3) and N.C.G.S. § 1-609(f).

(9) The Court's required Proposed Order form is filed with this motion.

WHEREFORE, the undersigned prays that the Court enter an Order allowing Miller Law Group, PLLC, including Attorneys W. Stacy Miller II and MaryAnne M. Hamilton, to withdraw as counsel of record for Plaintiffs-Relators Jacqueline Sabella and Barry Politi in this matter.

*Signature Page Follows*

Respectfully submitted, this 17th day of October 2025.

                              **MILLER LAW GROUP, PLLC**

                              /s/ MaryAnne M. Hamilton
                              W. Stacy Miller, II
                              N.C. State Bar No. 21198
                              MaryAnne M. Hamilton
                              N.C. State Bar No. 59323
                              Miller Law Group, PLLC
                              Post Office Box 6340
                              Raleigh, North Carolina 27628
                              Telephone: (919) 348-4361
                              Fax: (919) 729-2953
                              Email: maryanne@millerlawgroupnc.com

                              *Attorneys for Plaintiffs-Relators*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Voluntary Dismissal by Plaintiff Christine Enderlin* was served on the following counsel for the State of North Carolina and the United States by email, as requested by the Governments pursuant to 31 U.S.C. § 3730(c)(3) and N.C.G.S. § 1-609(f).

    Neal Fowler
    Assistant United States Attorney
    U.S. Attorney's Office
    Eastern District of North Carolina
    150 Fayetteville Street, Suite 2100
    Raleigh, NC 27610
    Telephone: (919) 856-4368
    Fax: (919) 856-4821
    Neal.Fowler@usdoj.gov

    *Attorney for the United States*

    Asa C. Edwards IV
    Special Deputy Attorney General
    Consumer Protection Division
    114 W. Edenton Street
    Raleigh, NC 27603
    Tel: (919) 716-6803
    aedwards@ncdoj.gov

    *Attorney for the State of North Carolina*

By:    /s/ MaryAnne M. Hamilton
       MaryAnne M. Hamilton
       N.C. Bar No. 59323